**Electronically Filed
Supreme Court
SCWC-19-0000082
13-OCT-2020
11:29 AM
Dkt. 5 ODAC**

SCWC-19-0000082

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

KENNETH BEATY,
aka Candise Day, Lakenya Love, and Tony Ann Love,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000082; CR. NO. 1PC161001025)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ayabe, assigned by reason of vacancy)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on September 8, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, October 13, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Bert I. Ayabe

